# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL JAHN, et al., | Case No. 2:17-cv-02590-JCM-NJK |
| Plaintiff(s), | |
| v. | ORDER |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendant(s). | |

This case involves a minor. The local rules require that a minor's name be redacted such that only his initials remain. Local Rule IC 6-1(a)(2); *see also* Fed. R. Civ. P. 5.2(a)(3). To date, every filing in this case has included the full name of the minor. Docket Nos. 1, 2, 3, 5, 6, 7. The Clerk's Office has sealed these filings as a result. The Court hereby **ORDERS** Defendant to refile each of its filings to date on the public docket with redactions to every instance of the minor's name so that only his initials remain. Defendant shall do so by November 13, 2017.

The Court further **ORDERS** counsel to familiarize themselves with the applicable procedures in this Court and to fully comply with them in the future. The Court expects strict compliance with the orders and rules of the Court, and the parties and counsel should be aware that failure to comply may result in sanctions. *See, e.g.*, *Davis v. Clark County Sch. Dist.*, 2013 U.S. Dist. Lexis 128937, *5 n.3 (D. Nev. Sept. 9, 2013) (sanctioning counsel for repeated failure to comply with Court orders, including order to use only minor's initials in filings).

//

**All of the parties' future filings in this case shall redact the name of the minor such that only his initials appear.**

IT IS SO ORDERED.

DATED: November 6, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge