# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL JAHN, et al., | Case No.: 2:17-cv-02590-JCM-NJK |
| Plaintiff(s), | **Order** |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendant(s). | |

In light of the parties' settlement, Docket No. 33, the settlement conference is hereby **VACATED**. Dismissal papers shall be filed by February 4, 2018.

IT IS SO ORDERED.

Dated: December 6, 2018

Nancy J. Koppe
United States Magistrate Judge